IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREG JEFFERS | ) |
| | ) |
| v. | ) NO. 3-13-0065 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN LIFE | ) |
| INSURANCE CO. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 73), Objections filed by the Plaintiff (Docket No.84), and a Response to Plaintiff's Objections filed by the Defendants (Docket No. 86).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss Plaintiff's Claim for Punitive Damages (Docket No. 17) is GRANTED, and Plaintiff's claim for punitive damages is DISMISSED. In addition, Plaintiff's Motion for Summary Judgment (Docket No. 60) is DENIED.

This action remains set for a jury trial on August 19, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE