UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

Greg Jeffers )
)
vs ) Case: #3:13-0065
) Judge Todd J. Campbell
Metropolitan Life Insurance Co. )
and Commonwealth Annuity And )
Life Insurance Co. )

__X__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury returned a verdict for the Defendants.

Thereupon the jury was polled and each juror affirmed the verdict as being his/her individual verdict.

May 8, 2015

Keith Throckmorton, Clerk

*Doris E. Bush*
Doris E. Bush, Deputy Clerk